**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-6725**

---

JERRY ADAM HELMS, JR.,

                                  Plaintiff - Appellant,

        versus

PATRICK CONROY, Warden,

                                  Defendant - Appellee.

---

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
00-978-PJM)

---

Submitted:  July 27, 2000            Decided:  August 7, 2000

---

Before MURNAGHAN, WILKINS, and KING, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jerry Adam Helms, Jr., Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jerry Adam Helms, Jr., appeals the district court's orders dismissing his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint and denying his motion for reconsideration. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Helms v. Conroy, No. CA-00-878-PJM (D. Md. April 12 & May 4, 2000).* We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court's orders are dated April 11, 2000, and May 2, 2000, the district court's records show that they were entered on the docket sheet on April 13, 2000, and May 8, 2000, respectively. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was physically entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).